William J. Boyce, Justice,
concurring.
I join the majority opinion and write separately in light of the dissenting opinion’s contentions'.
Christine Reule is entitled to appropriate and respectful treatment in the litigation process. So is the.trial court. So are .the appellees and their counsel. So are the jurors who fulfilled their civic duty; heard her case; and had the duration of their jury service prolonged by her conduct. So are other litigants — including other pro se litigants — -seeking their share of finite court time and resources to obtain timely resolution of disputes important to their lives. The trial court acted with restraint; patience, and courtesy during *623 the proceedings below when faced with challenging conduct that frequently was disruptive, dilatory,, and disrespectful.